**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, <br><br>        Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG DISPLAY CO., LTD., <br><br> Defendants. | Civil Action No. 2:22-CV-00469-JRG <br><br><br> JURY TRIAL DEMANDED |

**DECLARATION OF THOMAS L. CREDELLE IN SUPPORT OF PLAINTIFF'S SUR-
REPLY IN SUPPORT OF ITS RESPONSE TO DEFENDANTS' MOTION TO
EXCLUDE AND STRIKE TESTIMONY OF MR. CREDELLE [DKT. 190]**

I, Thomas Credelle, hereby declare:

1.      I have been retained as a technical expert witness by Polaris PowerLED Technologies, LLC ("Polaris"). The statements contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently and truthfully with regard to the matters set forth herein.

2.      On June 21, 2024 I submitted a report relating to infringement of U.S. Patent No. 7,259,521 by Defendants, which I will refer to as my "Infringement Expert Report." Excerpts of my Infringement Expert Report are attached as Exhibit 11 to the declaration of Robert F. Kramer. I declare under penalty of perjury under the laws of the United States of America that the statements that I made in my Infringement Expert Report are true and correct, to the best of my knowledge and belief. If called to testify, I would testify competently about the statements reflected therein.

I declare under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct, to the best of my knowledge and belief. Executed this 3rd day of September, 2024.

_____

Thomas L. Credelle

- 1 -