# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC, | § § § § § § § § § § § § § § § § | Civil Action No. 2:22-cv-469-JRG<br><br>**JURY TRIAL DEMANDED** |
| Plaintiff, | | |
| v. | | |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG DISPLAY CO., LTD., | | |
| Defendants. | | |

**JOINT MOTION TO STAY ALL DEADLINES AND A NOTICE OF SETTLEMENT**

Pursuant to this Court's Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiff, Polaris PowerLED Technologies, LLC and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. jointly notify the Court that a binding term sheet was signed by Plaintiff and Defendant Samsung Electronics Co., Ltd., and that all matters in controversy between Plaintiff and Defendants ("the Parties") have settled in principle. The Parties jointly move for entry of an Order staying the above-captioned case for a period of thirty (30) days to allow the Parties to complete the settlement process, and taking the Pretrial Conference scheduled for December 18, 2024 off calendar. The Parties will file a stipulation of dismissal with prejudice dismissing all claims against all parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) once the settlement process is complete.

Dated: December 17, 2024    Respectfully submitted,

*/s/ Deron R. Dacus*

Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone/Fax: (903) 705-1117
ddacus@dacusfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of December 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Deron R. Dacus*
Deron R. Dacus

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that Plaintiff's counsel has conferred with Defendants' counsel pursuant to Local Rule CV-7(h) and that the foregoing motion is unopposed.

*/s/ Deron R. Dacus*
Deron R. Dacus