IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG DISPLAY CO. LTD.,<br><br>Defendants. | Case No. 2:22-CV-00469-JRG-RSP |

## JOINT MOTION AND STIPULATION TO DISMISS

Plaintiff Polaris PowerLED Technologies, LLC ("Polaris") and Defendants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., and Samsung Display Co. Ltd. (together, "Samsung") (collectively, "the Parties"), have settled the claims in this action. Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), the Parties stipulate and respectfully request that the Court: (1) dismiss with prejudice all of Polaris' claims in this action; and (2) order that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

Dated: January 29, 2025            Respectfully submitted,

/s/ *Robert F. Kramer*
Robert F. Kramer (Admitted E.D. Tex.)
California Bar No. 181706
rkramer@krameralberti.com
David Alberti (Admitted E.D. Tex.)
dalberti@krameralberti.com
California Bar No. 220265
Sal Lim (Admitted E.D. Texas)

1

California Bar No. 211836
slim@krameralberti.com
Russell S. Tonkovich (Admitted E.D. Texas)
California Bar No. 233280
rtonkovich@krameralberti.com
Robert Mattson (*Pro Hac Vice*)
Virginia Bar No. 43568
rmattson@krameralberti.com
James P. Barabas (*Pro Hac Vice*)
New Jersey Bar No. 018262000
jbarabas@krameralberti.com
Andrew Hamill (Admitted E.D. Texas)
California Bar No. 251156
ahamill@krameralberti.com
Aidan Brewster (*Pro Hac Vice*)
California Bar No. 319691
abrewster@krameralberti.com
Ryan Dooley (*Pro Hac Vice)*
California Bar No. 321645
rdooley@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile:  (650) 460-8443

Nicole Glauser
Texas State Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

Deron R. Dacus
Texas Bar No. 00790533
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

2

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*


/s/ *Ryan K. Yagura*
Ryan K. Yagura
Texas Bar No. 24075933
Nicholas J. Whilt
California Bar No. 247738
Benjamin Haber
California Bar No. 287085
Laura M. Burson
Texas Bar No. 24091995
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: ryagura@omm.com
Email: nwhilt@omm.com
Email: bhaber@omm.com
Email: lburson@omm.com

Timothy S. Durst
Texas Bar No. 00786924
Grant Ellis Gibson
Texas Bar No. 24117859
**O'MELVENY & MYERS LLP**
2501 North Harwood Street
Suite 1700
Dallas, Texas 75201-166
Telephone: (972) 360-1900
Facsimile:  (972) 360-1901
Email: tdurst@omm.com
Email: ggibson@omm.com

Darin Snyder
(Cal. Bar No. 136003)
dsnyder@omm.com
**O'MELVENY & MYERS LLP**
Two embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Miao Liu (*Pro Hac Vice*)

3

(DC Bar No. 1724050
mliu@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20006
Telephone: (292) 383-5400
Facsimile: (202) 3838-5414

Neil P. Sirota (Admitted E.D. Texas)
New York Bar No. 2562155
Eric J. Faragi (Admitted E.D. Texas)
New York Bar No. 4300687
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Facsimile:  (212) 408-2501
Email: neil.sirota@bakerbotts.com
Email: eric.faragi@bakerbotts.com

Kevin M. Sadler (Tex. Bar No. 17512450)
kevin.sadler@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7518
Facsimile: (650) 739-7618

Morgan Mayne (Tex. Bar No. 24084387)
morgan.mayne@bakerbotts.com
Emily Deer (Tex. Bar No. 24116352)
emily.deer@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Mark Oda (Cal. Bar No. 323768)
mark.oda@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

4

Lance Goodman
(Tex. Bar No. 24132186)
lance.goodman@bakerbotts.com
**BAKER BOTTS L.L.P.**
401 S 1st Street, Suite 1330
Austin, Texas 78704
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew T. Gorham
Texas Bar No. 24012715
James Travis Underwood
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: tom@gillamsmith.com
Email: travis@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*


/s/ *Neil P. Sirota*
Neil P. Sirota (Admitted E.D. Texas)
New York Bar No. 2562155
Eric J. Faragi (Admitted E.D. Texas)
New York Bar No. 4300687
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

5

Email: neil.sirota@bakerbotts.com
Email: eric.faragi@bakerbotts.com

Kevin M. Sadler (Tex. Bar No. 17512450)
kevin.sadler@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7518
Facsimile: (650) 739-7618

Morgan Mayne (Tex. Bar No. 24084387)
morgan.mayne@bakerbotts.com
Emily Deer (Tex. Bar No. 24116352)
emily.deer@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Mark Oda (Cal. Bar No. 323768)
mark.oda@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Lance Goodman
(Tex. Bar No. 24132186)
lance.goodman@bakerbotts.com
**BAKER BOTTS L.L.P.**
401 S 1st Street, Suite 1330
Austin, Texas 78704
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Email: melissa@gillamsmithlaw.com

Andrew T. Gorham
Texas Bar No. 24012715
James Travis Underwood
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: tom@gillamsmith.com
Email: travis@gillamsmithlaw.com

*Attorneys for Defendant*
*Samsung Display Co., Ltd.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Samsung met and conferred with counsel for Polaris to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought herein.

*/s/ Robert F. Kramer*
Robert F. Kramer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 29, 2025.

*/s/ Robert F. Kramer*
Robert F. Kramer
