IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD. and. SAMSUNG DISPLAY CO., LTD.<br><br>*Defendants*. | § § § § § § § § § § § § § §  CIVIL ACTION NO. 2:22-CV-00469-JRG-RSP |

## ORDER

Before the Court is the Joint Motion and Stipulation to Dismiss (the "Motion") filed by Polaris PowerLED Technologies, LLC ("Plaintiff") and Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. and Samsung Display Co. Ltd. (collectively, "Defendants"). (Dkt. No. 383.)[1] In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

---

[1] The Parties filed this document as both a stipulation to dismiss under Rule 41(a)(1)(A)(ii) and a joint motion to dismiss under Rule 41(a)(2). The Court, in its discretion and to avoid ambiguity, treats this as a motion to dismiss under 41(a)(2). The Court directs the Parties to the STANDING ORDER REGARDING DISMISSAL PAPERS IN CONNECTION WITH SETTLEMENT IN CASES ASSIGNED TO UNITED STATES DISTRICT JUDGE RODNEY GILSTRAP: https://txed.uscourts.gov/sites/default/files/judgeFiles/Standing_Order_--_Notices_of_Dismissal.pdf. The Standing Order directs Parties to file dismissal papers styled under one of the categories, not multiple.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 31st day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

Case 2:22-cv-00469-JRG-RSP   Document 384   Filed 01/31/25   Page 2 of 2 PageID #: 34835